CASE NO. 22-12217

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

TAMARAH C. LOUIS and EMMANUEL LOUIS, JR., individually and on
behalf of those similarly situated,

Plaintiffs-Appellants,

v.

BLUEGREEN VACATIONS UNLIMITED, INC., a Florida corporation and
BLUEGREEN VACATIONS CORPORATION, a Florida corporation,

Defendants-Appellees.

On Appeal from the United States District Court
for the Southern District of Florida
Case No. 21-cv-61938 (The Hon. Rodolfo A. Ruiz, II)

================================================================

**APPELLEES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO FILE APPELLEES' BRIEF**

================================================================

Grace L. Mead
Andrea N. Nathan
Joseph J. Onorati
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Email: gmead@stearnsweaver.com
Email: anathan@stearnsweaver.com
Email: jonorati@stearnsweaver.com

*Attorneys for Defendants-Appellees*

# UNOPPOSED MOTION TO EXTEND DEADLINE
# TO FILE APPELLEES' BRIEF

Under Federal Rule of Appellate Procedure 26(b) and Eleventh Circuit Rules 26-1 and 31-2, Appellees Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation respectfully move this court for an extension of fourteen (14) days to file their Appellees' brief, through and including February 13, 2023. In support of the motion, Appellees state:

1. On August 29, 2022, Appellants requested, and Appellees did not oppose, a 30-day extension to file their opening brief, which was granted.

2. On October 3, 2022, Appellants requested, and Appellees did not oppose, a second 30-day extension to file their opening brief, which was granted.

3. On November 14, 2022, Appellants filed their opening brief.

4. On November 21, 2022, the Federal Trade Commission, the Consumer Financial Protection Bureau, the Military Officers Association of America, the Jewish War Veterans of the United States of America, the Blue Star Families, the Jacksonville Area Legal Aid, the United States Army Warrant Officers Association, the National Military Family Association, and the Five Start Veterans Center filed amicus briefs.

5. On December 1, 2022, Appellees requested, and Appellants did not oppose, a 45-day extension to file their Appellees' brief, which was granted by the Court on December 7, 2022.

6. There is good cause and extraordinary circumstances for this additional request. Appellees' counsel initially requested the 45-day extension do to conflicting obligations for this same client due to preparing for and participating in confidential arbitration proceedings in December and January. Unfortunately, these proceedings have not progressed as quickly as anticipated. Appellees' counsel is still preparing for and participating in these arbitration proceedings into February, and will be securing additional dates into March in order to conclude the proceedings. These delays and additional hearing dates will consume substantial time over the next month, and will make it difficult to properly prepare the brief absent the requested extension. These delays and the need for additional hearing dates were not foreseeable at the time of the initial extension request.

7. Certificate of Counsel. Undersigned counsel has consulted with counsel for the Appellants, and Appellants do not oppose this request.

8. This motion is filed in good faith and not for the purposes of delay.

For the foregoing reasons, the motion to extend the time for serving Appellees' brief by fourteen (14) days until February 13, 2023 should be granted.

Dated: January 23, 2023        Respectfully submitted,

By: *Grace L. Mead*
Grace L. Mead (Florida Bar No. 49896)
Andrea N. Nathan (Florida Bar No. 16816)
Joseph J. Onorati (Florida Bar No. 92938)
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3559
Email: gmead@stearnsweaver.com
Email: anathan@stearnsweaver.com
Email: jonorati@stearnsweaver.com

*Attorneys for Defendants-Appellees*

3

## CERTIFICATE OF COMPLIANCE

The undersigned attorney certifies that this document complies with the type-volume limitation contained in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 395 words, excluding the parts exempted by Fed. R. App. P. 32(f).

The undersigned attorney further certifies that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman 14-point font.

/s/ *Grace L. Mead*
Grace L. Mead
Florida Bar No. 49896

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on January 23, 2023, I uploaded and electronically filed this motion through the CM/ECF System, which will send a notice of electronic filing to all counsel of record, including counsel for Appellants. All participants in this case are registered CM/ECF users.

/s/ *Grace L. Mead*
Grace L. Mead
Florida Bar No. 49896