IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-12217-JJ

EMMANUEL G. LOUIS, JR.,
TAMARAH C. LOUIS,

                    Plaintiffs - Appellants,

versus

BLUEGREEN VACATIONS UNLIMITED, INC.,
BLUEGREEN VACATIONS CORPORATION,

                    Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

ORDER:

The motion for an extension of time to and including February 13, 2023, in which to file Appellees' brief is GRANTED, with the appendix, if any, due seven (7) days from the filing of the brief.

                                                    UNITED STATES CIRCUIT JUDGE