IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-12217-JJ

_____

EMMANUEL G. LOUIS, JR.,
TAMARAH C. LOUIS,

Plaintiffs - Appellants,

versus

BLUEGREEN VACATIONS UNLIMITED, INC.,
BLUEGREEN VACATIONS CORPORATION,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER:

The motion for extension of time to and including April 19, 2023, in which to file Appellants'

reply brief is GRANTED.

/s/ Andrew L. Brasher_____
UNITED STATES CIRCUIT JUDGE