# UNITED STATES COURT OF APPEAL
# FOR THE ELEVENTH CIRCUIT

_____

| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing<br><br>Clerk's Office<br>Room 13-104<br>Jacksonville, Florida 32202<br>(904) 301-5665 | HEARING LOCATION<br><br>Gerald B. Tjoflat Courtroom, 13th Floor<br>United States Courthouse<br>300 North Hogan Street<br>JACKSONVILLE, FLORIDA<br><br>COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |

_____

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed thirty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, OCTOBER 3, 2023

| | |
|---|---|
| 21-12969, 21-12971 & 21-13231 | Alice Guan, Appellant v. Ellingsworth Residential Community Association, Inc. |
| 22-11014 | Tanethia Holden, Appellant v. Holiday Inn Club Vacations Incorporated, (Consolidated with 22-11734, Mark Mayer, Appellant v. Holiday Inn Club Vacations Incorporated |
| 22-11875 | Gilberto Farias Matos, Appellant v. Business Law Group, P.A., et al. |
| 22-13218 | Virginia Redding v. Coloplast Corp., Appellant |

### WEDNESDAY, OCTOBER 4, 2023

| | |
|---|---|
| 22-13129 | U.S. Securities and Exchange Commission v. Spartan Securities Group, LTD, et al., Appellants |
| 21-11371 | Norfolk Southern Railway Co. v. Alabama Department of Revenue, et al., Appellants, (Consolidated with 21-13233, BNSF Railway Company v. Jefferson County, Alabama, et al., Appellants) |
| 22-10663 | Troy Smith, et al. v. Mitchell Miorelli, et al., Appellants |

### THURSDAY, OCTOBER 5, 2023

| | |
|---|---|
| 22-13893 | Florida Commissioner of Agriculture, et al., Appellants v. Attorney General of the United States, et al. |
| 22-11951 | Betty Smith, et al., Appellants v. Michael Bokor |
| 22-13546 | Nalco Company LLC v. Laurence Bonday, Appellant |
| 22-11873 | Angel Guzman, et al., Appellants v. Robinhood Markets, Inc., et al. |

### FRIDAY, OCTOBER 6, 2023

| | |
|---|---|
| 21-13740 | Penelope Stillwell, Appellant v. State Farm Fire & Casualty Company, et al. |
| 22-12217 | Emmanuel Louis, Jr., et al., Appellants v. Bluegreen Vacations Unlimited, Inc., et al. |
| 22-14136 | Amerisure Insurance Company, et al. v. Landmark American Insurance Company, Appellant |

ATLANTA, GEORGIA
08/03/23 - #1

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT