# In the United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-12217

_____

EMMANUEL G. LOUIS, JR.,
TAMARAH C. LOUIS,

                                                               Plaintiffs-Appellants,

versus

BLUEGREEN VACATIONS UNLIMITED, INC.,
BLUEGREEN VACATIONS CORPORATION,

                                                               Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:21-cv-61938-RAR

_____

| | | |
|---|---|---|
| 2 | Order of the Court | 22-12217 |

ORDER:

Amicus Curiae Consumer Financial Protection Bureau's Motion for leave to participate in oral argument is **GRANTED.** The Court orders that the Appellants shall have fifteen (15) minutes for oral argument; the Consumer Finance Protection Bureau shall have five (5) minutes for oral argument; and the Appellees shall have five (5) additional minutes for a total of twenty (20) minutes for oral argument.

s/ Elizabeth L. Branch
UNITED STATES CIRCUIT JUDGE