CASE NO. 22-12217-J

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

TAMARAH C. LOUIS and EMMANUEL G. LOUIS, JR., individually and on behalf of all other similarly situated,

Appellants,

v.

BLUEGREEN VACATIONS UNLIMITED, INC. a Florida corporation and BLUEGREEN VACATIONS CORPORATION, a Florida corporation,

Appellees.

On Appeal from the United States District Court for the
Southern District of Florida
District Court Case No.: 21-CV-61938-RAR

Grace L. Mead
Andrea N. Nathan
Joseph J. Onorati
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Email: gmead@stearnsweaver.com
Email: anathan@stearnsweaver.com
Email: jonorati@stearnsweaver.com

*Attorneys for Appellees*

*Emmanuel Louis Jr., et al. v. Bluegreen Vacations Unlimited, Inc., et al.*
Case No. 22-12217-J

# AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1, the following is an amended alphabetical list of trial judges, attorneys, persons, firms, partnerships, and corporations known to have an actual or potential interest in the outcome of the proposed interlocutory appeal:

1. **Apollo Global Management Inc. (NYSE: "APO") (Addition)**
2. Bluegreen Vacations Corporation (Appellee)
3. Bluegreen Vacations Holding Corporation
4. Bluegreen Vacations Unlimited, Inc. (Appellee)
5. **Hilton Grand Vacations Inc. (NYSE: "HGV") (Addition)**
6. Mead, Grace L. (Appellees' counsel)
7. Nathan, Andrea N. (Appellees' counsel)
8. National Association of Consumer Advocates (Appellant's Counsel)
9. Onorati, Joseph J. (Appellees' counsel)
10. Peterson, Matthew T. (Appellants' Counsel)
11. Rheingold, Ira (Appellants' Counsel)
12. Ruiz II, Hon. Rodolfo A. (District Court Judge)
13. Stearns Weaver Miller Alhadeff & Sitterson, PA (Appellees' counsel)
14. Varnell & Warwick, P.A. (Appellants' counsel)

*Emmanuel Louis Jr., et al. v. Bluegreen Vacations Unlimited, Inc., et al.*
Case No. 22-12217-J

15. Varnell, Janet R. (Appellants' counsel)

16. Warwick, Brian W. (Appellants' counsel)

17. Willis, Erika R. (Appellants' counsel)

18. Woodbridge Holdings, LLC (Appellees' affiliate)

***

Prior to January 17, 2024, Bluegreen Vacations Holding Corporation was a publicly traded corporation, with its Class A Common Stock listed on the New York Stock Exchange under the symbol "BVH" and its Class B Common Stock traded on the OTCQX under the symbol "BVHBB." On January 17, 2024, Hilton Grand Vacations Inc. acquired 100% of Bluegreen Vacations Holding Corporation through a merger pursuant to which Bluegreen Vacations Holding Corporation became an indirect wholly owned subsidiary of Hilton Grand Vacations Inc. As a result of the merger, Bluegreen Vacations Holding Corporation's stock is no longer publicly traded. Hilton Grand Vacations Inc. is a publicly traded company with its common stock listed on the New York Stock Exchange under the symbol "HGV." Funds associated with Apollo Global Management Inc. own approximately 28% of the outstanding shares of Hilton Grand Vacations Inc.

*Emmanuel Louis Jr., et al. v. Bluegreen Vacations Unlimited, Inc., et al.*
Case No. 22-12217-J

| | |
|---|---|
| Dated:  March 4, 2024 | Respectfully submitted, |

By: */s/ Grace L. Mead*
Grace L. Mead (Florida Bar No. 49896)
Andrea N. Nathan (Florida Bar No. 16816)
Joseph J. Onorati (Florida Bar No. 92938)
**STEARNS WEAVER MILLER**
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3559
Email: gmead@stearnsweaver.com
Email: anathan@stearnsweaver.com
Email: jonorati@stearnsweaver.com

*Attorneys for Appellees*