# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 27, 2024

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re: Emmanuel G. Louis Jr., et al.
        v. Bluegreen Vacations Unlimited, Inc., et al.
        Application No. 24A214
        (Your No. 22-12217)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Thomas, who on August 27, 2024, extended the time to and including October 4, 2024.

This letter has been sent to those designated on the attached notification list.

                                                Sincerely,

                                                **Scott S. Harris**, Clerk

                                                by

                                                Lisa Nesbitt
                                                Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Jennifer Dale Bennett
Gupta Wessler LLP
505 Montgomery Street
Suite 625
San Francisco, CA 94111


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



08/28/2024
US POSTAGE $000.69⁰
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20543
041M11120601

FIRST-CLASS MAIL

CLEARED SECURITY

SEP 03 2024

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)