# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

*U.S. COURT OF APPEALS RECEIVED CLERK — SEP 30 2024 — ATLANTA, GA*

September 26, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

    Re:   Emmanuel G. Louis, Jr., et al.
            v. Bluegreen Vacations Unlimited, Inc., et al.
            Application No. 24A214
            (Your No. 22-12217)

Dear Clerk:

    The application for a further extension of time in the above-entitled case has been presented to Justice Thomas, who on September 26, 2024, extended the time to and including October 18, 2024.

    This letter has been sent to those designated on the attached notification list.

                                      Sincerely,

                                      **Scott S. Harris**, Clerk

                                      by

                                        Emily Walker
                                        Case Analyst

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Ms. Jennifer Dale Bennett
Gupta Wessler LLP
505 Montgomery Street
Suite 625
San Francisco, CA 94111


Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

OFFICE OF THE CLERK
SUPREME COURT OF THE UNITED STATES
WASHINGTON, DC 20543-0001

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



09/27/2024
US POSTAGE $000.69⁰
FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty For Private Use
ZIP 20543
041M11120601



CLEARED SECURITY

SEP 30 2024

U.S. MARSHALS SERVICE
11th Circuit Court of Appeals (COA)

