# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 22, 2024

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  Emmanuel G. Louis, Jr., et al.
            v. Bluegreen Vacations Unlimited, Inc., et al.
           No. 24-453
           (Your No. 22-12217)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on October 18, 2024 and placed on the docket October 22, 2024 as No. 24-453.

                                 Sincerely,

                                 **Scott S. Harris**, Clerk

                                 by

                                 Rashonda Garner
                                 Case Analyst